United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIA CLIFFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>AMC-1, LLC,<br><br>        Defendant. | Case No. 20-cv-00397-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Plaintiff filed a notice of settlement to advise the Court that the parties have settled this matter and expect to complete the settlement within sixty days. Therefore, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **ninety** days, with proof of service of a copy thereon on opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no party notifies the Court of the need to place the matter back on calendar within ninety days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: May 26, 2020



SALLIE KIM
United States Magistrate Judge